# United States District Court

_____ DISTRICT OF Maryland _____

In the Matter Of the Search of
(Name, address or brief description of person or property to be searched)

4405 Silverbrook Ln, G101
Owings Mills, Maryland 21117

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: **10-0180 JKB**

Irina Kuvykina _____ being duly sworn depose and say:

I am a(n) **Special Agent, United States Department of Homeland Security (ICE)** and have reason to believe
Official Title

that ☐ on the person of or  ☒ on the premises known as (name, description and/or location)

*4405 Silverbrook Ln, Unit G101, Owings Mills, Maryland 21117, a three story red brick and gray siding condominium complex with an open stairwell. The main entrance of the target building is marked by large numbers 4405 written in red on a gray plaque positioned to the left of the main entrance. The target unit is located on the ground level and is clearly designated G101 written in white on a dark background and posted above the unit door, which is red in color.*

in the _____ District of **Maryland**

there is now concealed a certain person or property, namely (describe the person or property)
See Attachment B to the attached affidavit of Special Agent Irina Kuvykina, which is fully incorporated herein. The location is to be searched only after the delivery to the location by law enforcement personnel of the parcel containing contraband, and after said parcel is physically present in the residence described above.

which is (give alleged grounds for search and seizure under Rule 41(c) of the Federal Rules of Criminal Procedure):
"Evidence of a crime, contraband, fruits of crime, or other items illegally possessed."

in violation of Title   **21**   United States Code, Section(s)   **846, 952 & 963**

The facts to support the issuance of a Search Warrant are as follows:

See Attached Affidavit

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

January 22 2010                                   at   Baltimore, Maryland
Date                                                          City and State

James K. Bredar, Magistrate Judge         _____
Name and Title of Judicial Officer                Signature of Judicial Officer